Christopher H. Ariano #026915
ARIANO & REPPUCCI, PLLC
520 S. Mill Ave
Suite 301
Tempe, AZ  85281
(480) 557-9139 (Office)
(480) 557-9184 (Fax)
cha@attorneys-arizona.com

# UNITED STATES BANKRUTCY COURT

# FOR THE DISTRICT OF ARIZONA

In Re:

ARMANDO AND IRMA MARTINEZ,

Debtors.

Case No. 4:10-bk-02417-TUC-JMM

Chapter 13

**EXPEDITED MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS AND CHAPTER 13 PLAN**

Debtors request a 14 day extension of time in which to file their schedules, statements, and Chapter 13 plan. Debtor is in the process of gathering the necessary documents in order to complete their schedules, statements, and plan. Therefore, a 14 day extension from today's date to submit the schedules, statements, and Chapter 13 plan is requested.

Dated: February 8, 2010                     /s/ Christopher Ariano

                                                                       Attorney for Debtor

| | |
|---|---|
| 1 | Original file ECF and Copy of the Foregoing mailed this 8th day |
| 2 | of February, 2010 to: |
| 3 | Dianne Crandell Kerns |
| | Chapter 13 Trustee |
| 4 | 7320 N. La Cholla #154-413 |
| | Tucson, Arizona 85741 |